# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>WILLIAM M. LANSDALE,<br>aka BIT LANSDALE,<br>dba THE LANSDALE COMPANY,<br><br>　　　　　Debtor.<br><br>SOUTHERN CALIFORNIA FINANCIAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiff-Appellant<br><br>vs.<br><br>RUFUS VON THULEN RHOADES, an individual,<br><br>　　　　　Defendant-Appellee | Case No. 2:14-CV-03955-JAK<br><br>On Appeal From:<br><br>Case No. 2:12-BK-45706-WB<br>Chapter 11<br><br>Adv. No. 2:12-AP-02463-WB<br><br>**ORDER GRANTING PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL**   JS-6 |

## **ORDER**

After review and consideration of the Stipulation For Voluntary Dismissal entered into by Plaintiff-Appellant Southern California Financial Corporation, on the one hand, and Defendant-Appellee Rufus Von Thulen Rhoades, on the other hand (collectively, the "Parties"), and good cause appearing therefore,

IT IS HEREBY ORDERED that the Parties' Stipulation For Voluntary Dismissal is GRANTED;

IT IS FURTHER ORDERED that the above-entitled appeal ("Appeal") is dismissed with prejudice; and

IT IS FURTHER ORDERED that each party shall bear its own attorney's fees and costs with respect to the Appeal and the underlying adversary proceeding.

DATED: March 31, 2015

_____
HONORABLE JOHN A. KRONSTADT,
UNITED STATES DISTRICT JUDGE